UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JEFFREY B. PANNELL,

      Plaintiff,

  v.

INGRAM BARGE COMPANY,

      Defendant.

Case No. 09-cv-423-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Ingram Barge Company's Stipulation (Doc. 20) of dismissal with prejudice signed by all parties who have appeared in this case. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Accordingly, the Court **DISMISSES** this case **with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 19, 2010**

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**