UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JEFFREY B. PANNELL,

    Plaintiff,

v.

INGRAM BARGE COMPANY,

    Defendant.

Case No. 09-cv-423-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL**

By:s/Deborah Agans, Deputy Clerk

**Dated:  March 19, 2010**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**